IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-10072-03 |
| | ) | |
| JONATHAN RAKESTRAW, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE
INFORMATION OF PRIOR CONVICTION

Now comes the United States of America, by its attorneys, James A. Lewis, United States Attorney and K. Tate Chambers, Assistant United States Attorney for the Central District of Illinois, and hereby notifies the defendant, Jonathan Rakestraw, and his counsel, Joel Brown, that it intends to seek an enhancement of the defendant's sentence under 21 U.S.C. §851 for the following felony drug conviction:

9/28/09    Hancock County    08-CF-52    Anhydrous Ammonia/Unauthorized Container

Respectfully submitted,

UNITED STATES OF AMERICA

JAMES A. LEWIS
UNITED STATES ATTORNEY

 s/: K. Tate Chambers
K. TATE CHAMBERS
Assistant United States Attorney
One Technology Plaza, Suite 400
211 Fulton Street
Peoria, Illinois 61602

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Joel Brown, Attorney for the Defendant.

                                                  s/: Kim Ritthaler
                                                  Legal Assistant